**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CSAA INSURANCE GROUP,

Plaintiff,

v.

NIBCO INC.; an Indiana corporation; and DOES 1 through 25, inclusive,

Defendants.

Case No. 2:26-cv-02807-WBS-ICD

Hon. William B. Shubb, Senior District Judge
Hon. Ila C. Deiss, Magistrate Judge

**ORDER GRANTING SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**

[Second Stipulation to Extend Deadline for Defendant to Respond to Complaint, filed concurrently herewith]

| | |
|---|---|
| Current Date: | September 21, 2026 |
| Proposed Date: | October 5, 2026 |
| Removal Filed: | August 17, 2026 |
| Action Filed: | May 21, 2026 |

Having considered the parties' Second Stipulation to Extend Defendant's Time to Respond to the Complaint, the Court finds that good cause exists for this request pursuant to Local Rule 144 and hereby GRANTS the stipulation and orders the following:

Defendant NIBCO Inc. shall file a responsive pleading to Plaintiff's Complaint on or before October 5, 2026.

**IT IS SO ORDERED.**

Dated: September 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE