**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CSAA INSURANCE EXCHANGE,<br>Plaintiff,<br>v.<br>NIBCO INC.; an Indiana corporation; and DOES 1 through 25, inclusive,<br>Defendants. | Case No. 2:26-cv-02807-WBS-ICD<br><br>Hon. William B. Shubb, Senior District Judge<br>Hon. Ila C. Deiss, Magistrate Judge<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Stipulation to Extend Deadline for Defendant to Respond to First Amended Complaint, filed concurrently herewith]<br><br>Current Date: November 2, 2026<br>Proposed Date: November 16, 2026<br><br>Removal Filed: August 17, 2026<br>Action Filed: May 21, 2026 |

Having considered the parties' Stipulation to Extend Defendant's Time to Respond to the First Amended Complaint, the Court finds that good cause exists for this request pursuant to Local Rule 144 and hereby GRANTS the stipulation and orders the following:

Defendant NIBCO Inc. shall file a responsive pleading to Plaintiff's First Amended Complaint on or before November 16, 2026.

**IT IS SO ORDERED.**

Dated: October 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE