Jordan Everakes (SBN 251371)
David J. Kestenbaum (SBN 253749)
**GROTEFELD HOFFMANN & GORDON, LLP**
700 Larkspur Landing Circle, Suite 280
Larkspur, CA 94939
Telephone: 415.344.9670
Facsimile: 312.601.2402
jeverakes@ghlaw-llp.com
dkestenbaum@ghlaw-llp.com

Attorneys for Plaintiff
CSAA Insurance Exchange (incorrectly identified in the original Complaint as CSAA INSURANCE GROUP)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CSAA INSURANCE EXCHANGE (incorrectly identified in the original Complaint as CSAA INSURANCE GROUP),<br><br>Plaintiff,<br><br>vs.<br><br>NIBCO, INC.; a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02807-WBS-ICD<br><br>(Butte County Superior Court Case No.: 26CV02236)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES RELATED TO DEFENDANT NIBCO INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Removal Date: August 17, 2026<br>Action Filed Date: May 21, 2026<br><br>Hearing Date: January 19,2027<br>Time: 1:30 p.m.<br>Courtroom: 5 |

Pursuant to the Parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint shall be filed on or before December 10, 2026, and Defendant's reply shall be filed on or before December 21, 2026. The hearing on the Motion remains set for January 19, 2027, at 1:30 p.m. in Courtroom 5.

**IT IS SO ORDERED.**

Dated: November 23, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE